PEOPLE V NOURI, No. 138479; Court of Appeals No. 290178. The motion for immediate consideration is granted. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted.

KELLY, C.J. I would deny leave to appeal.